IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KALVIN BISHOP<br>      Petitioner,<br>v.<br>THOMAS MCGINLEY, et al.,<br>      Respondents. | CIVIL ACTION NO. 19-1461 |

## ORDER

**AND NOW,** this 14th day of July 2021, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings; and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and the objections thereto; and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The Report and Recommendation [Doc. No. 22] is **APPROVED and ADOPTED** as set forth in the accompanying memorandum opinion;

3. Petitioner's "Petition for Stay of Obeyance" [Doc. No. 27] is **DENIED;**

4. Petitioner's motion "requesting order for psych records" [Doc. No. 38] is **DENIED.**

It is so **ORDERED.**

                  BY THE COURT:

                  /s/ Cynthia M. Rufe

                  **CYNTHIA M. RUFE, J.**